Case 3:15-cr-00037-RLY-CMM   Document 214   Filed 02/13/24   Page 1 of 1 PageID #: 800

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America )
v. )
Gregory Sutton )
) Case No: 3:15CR00037-003
) USM No: 12962-028
Date of Original Judgment: 02/23/2017 )
Date of Previous Amended Judgment: )  Jacob Leon
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168 months   months is reduced to   140 months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**140 months. Ct. 1: 140 months, Ct. 2: 120 months, concurrent.**

Except as otherwise provided, all provisions of the judgment dated   02/23/2017   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   2/13/2024

*Judge's signature*

Honorable Richard L. Young, U.S. District Court Judge

Effective Date:
*(if different from order date)*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By Dina M. Dale
Deputy Clerk